KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

E-FILED 09/09/11
JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA BIEREND,<br><br>　　　Plaintiff,<br><br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; CHARTER COMMUNICATIONS, INC. LONG-TERM DISABILITY PLAN,<br><br>　　　Defendants. | Case No.: CV11-02262 PSG (OPx)<br><br>[~~PROPOSED~~] **ORDER DISMISSING ACTION WITH PREJUDICE** |

　　　Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice as to all defendants. Each party shall bear its own fees and costs.

DATED: 09/09/11

　　　　　　　　　　　　　　　　PHILIP S. GUTIERREZ
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE PHILIP S. GUTIERREZ
　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE

1