E-FILED 09/09/11
JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA BIEREND,<br><br>    Plaintiff,<br><br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; CHARTER COMMUNICATIONS, INC. LONG-TERM DISABILITY PLAN,<br><br>    Defendants. | Case No.: CV11-02262 PSG (OPx)<br><br>[~~PROPOSED~~] **ORDER DISMISSING ACTION WITH PREJUDICE** |

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice as to all defendants. Each party shall bear its own fees and costs.

DATED: 09/09/11

PHILIP S. GUTIERREZ
_____
HONORABLE PHILIP S. GUTIERREZ
U.S. DISTRICT COURT JUDGE

1